SHAMSIDDIN ABDUR-RAHEEM
787151C/789072
New Jersey State Prison
PO Box 861
Trenton, NJ 08625

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAMSIDDIN ABDUR-RAHEEM, | : CIVIL ACTION NO.: |
| | : 3:15-CV-01743-MAS-TJB |
| Plaintiff, | : |
| | : |
| v. | : NOTICE OF MOTION TO |
| | : REOPEN THE TIME TO FILE |
| NEW JERSEY DEPARTMENT OF | : AN APPEAL |
| CORRECTIONS, et al., | |
| | : |
| Defendants. | : |

TO: Office of the Attorney General
    Division of Law
    25 Market St.
    Trenton, NJ 08625 - via ECF

PLEASE TAKE NOTICE THAT the Plaintiff in the above-captioned matter hereby moves pursuant to Rule 4(a)(6), Fed.R.App.P., before the United States District Court, District of New Jersey, for an order granting his application to reopen the time file an appeal from the District Court's order dismissing his assault claims with prejudice from his Complaint. We shall rely upon the Certification attached herewith.

Respectfully submitted,

*Shamsiddin Abdur-Raheem*
By: Shamsiddin Abdur-Raheem

Date: February 16, 2018