Shamsiddin Abdur-Raheem
787151C/789072
New Jersey State Prison
PO Box 861
Trenton, NJ 08625

R E C E I V E D

FEB 2 2 2018

AT 8:30_____M
WILLIAM T. WALSH
CLERK

February 16, 2018

VIA REGULAR MAIL
Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
402 East State Street, Room 2020
Trenton, NJ 08608

Re: Shamsiddin Abdur-Raheem v. New Jersey Department of
    Corrections, et al.,
    Civ. Action No. 3:15-cv-01743-MAS-TJB

Your Honor Judge Bongiovanni:

    Enclosed please find from Plaintiff pro se in the above
matter a Notice of Motion To Reopen The Time To Appeal with
supporting Certification and attached exhibits, and a
Certification of Filing and Service. Thank you for your time.

Respectfully submitted,

Shamsiddin Abdur-Raheem

C: Counsel for Defendants (w/encls.)-VIA ECF;
   File