EHXIBITS

SHAMSIDDIN ABDUR-RAHEEM
787151C/789072
New Jersey State Prison
PO Box 861
Trenton, NJ 08625

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAMSIDDIN ABDUR-RAHEEM, Plaintiff, | : CIVIL ACTION NO.: 3:15-CV-01743-MAS-TJB |
| v. | : NOTICE OF APPEAL |
| NEW JERSEY DEPARTMENT OF CORRECTIONS, et al., Defendants. | : |

TO: Office of the Attorney General
Division of Law
25 Market Street
PO Box 112
Trenton, NJ 08625
Counsel for Defendant - Via ECF

PLEASE TAKE NOTICE THAT the Plaintiff in the above-captioned matter appeals to the Third Circuit Court of Appeals from the United States District Court, District of New Jersey's, final orders entered on March 2, 2017, and denying reconsideration of same on November 7, 2017, dismissing with prejudice from Plaintiff's complaint his Eight Amendment assault claims as time-barred.

Respectfully submitted,

By: Shamsiddin Abdur-Raheem

Date:

SHAMSIDDIN ABDUR-RAHEEM
787151C/789072
New Jersey State Prison
PO Box 861
Trenton, NJ 08625

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAMSIDDIN ABDUR-RAHEEM, Plaintiff, | : CIVIL ACTION NO.: 3:15-CV-01743-MAS-TJB |
| v. | : NOTICE OF MOTION TO APPEAL IN FORMA PAUPERIS |
| NEW JERSEY DEPARTMENT OF CORRECTIONS, et al., Defendants. | : |

TO: Office of the Attorney General
Division of Law
25 Market St.
PO Box 112
Trenton, NJ 08625
Counsel for Defendants - Via ECF

PLEASE TAKE NOTICE THAT the Plaintiff in the above-captioned matter hereby moves before the United States District Court, District of New Jersey, for an order granting permission to proceed on appeal as in forma pauperis. We shall rely upon the accompanying Certification submitted herewith.

Respectfully submitted,

By: Shamsiddin Abdur-Raheem

Date:

SHAMSIDDIN ABDUR-RAHEEM
787151C/789072
New Jersey State Prison
PO Box 861
Trenton, NJ 08625

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAMSIDDIN ABDUR-RAHEEM, | : CIVIL ACTION NO.: 3:15-CV-01743-MAS-TJB |
| Plaintiff, | : |
| v. | : CERTIFICATION SUPPORTING MOTION TO |
| | : APPEAL IN FORMA PAUPERIS |
| NEW JERSEY DEPARTMENT OF CORRECTIONS, et al., | : |
| Defendants. | : |

I, Shamsiddin Abdur-Raheem, of full age, hereby certify:

1. I am the Plaintiff in the above-captioned matter who moves to proceed in forma pauperis on appeal to the Third Circuit from the final decision of the United States District Court, District of New Jersey, entered on March 20, 2017, and denying reconsideration on November 7, 2018, which I received the opinion of on January 18, 2018.

2. I am a prisoner in the custody of the State of New Jersey, presently incarcerated at New Jersey State Prison, Trenton, New Jersey.

3. I own no stocks, bonds, automobiles, real property or negotiable assets.

4. I do not possess sufficient funds for appeal filing fees.

5. There has been no substantial change in my financial status since I was permitted to proceed as indigent upon filing my complaint in the district court.

6. I currently have an account balance of approximately $27 in my inmate account.

7. Therefore, I request that this Court issue an order granting me permission to proceed as indigent on appeal.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully submitted,

By: Shamsiddin Abdur-Raheem

Date: