Shamstodin Abdur-Raheem
787510//89072
New Jersey State Prison
PO Box 861
Trenton, NJ 08625

Hasler
02/21/2018
US POSTAGE
FIRST-CLASS MAIL
$00.92
ZIP 08625
011D11D240

Clerk
United States District Court
402 East State Street, Room 2020
Trenton, NJ 08608

LEGAL MAIL
Feb. 16, 2018