## CERTIFICATION OF FILING AND SERVICE

I, Shamsiddin Abdur-Raheem, certify that I sent for filing on this date below to the Clerk of the United States District Court, District of New Jersey, 402 East State Street, Room 2020, Trenton, NJ 08608, VIA REGULAR MAIL, by placing in the hands of prison officers for mailing with prepaid postage remit the enclosed Notice of Motion To Reopen The Time To Appeal with supporting Certification and attached exhibits, and this instant Certification of Filing and Service; and I served same upon counsel for Defendants via ECF.

A courtesy copy of the aforesaid documents have been sent to:

>     Tonianne Bongiovanni, U.S.M.J.
>     United States District Court
>     402 E. State Street, Room 2020
>     Trenton, NJ 08608

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by are willfully false, I am subject to punishment.

Respectfully submitted,

*[signature]*
By: Shamsiddin Abdur-Raheem

Date: February 16, 2018